1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

            Plaintiff,

   v.

AIRON CORPORATION, et al.,

           Defendants.

CASE NO. C06-327JLR

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable James L. Robart:

     The Honorable James L. Robart recuses himself and the case is reassigned in rotation to the Honorable Marsha J. Pechman.  All future pleadings shall bear the cause number C06-327P.

     Filed and entered this 31st day of May, 2006.

                            BRUCE RIFKIN, Clerk

                                 s/Mary Duett

                      By

                                 Deputy Clerk

MINUTE ORDER