1
2
3                          UNITED STATES OF AMERICA
4                        WESTERN DISTRICT OF WASHINGTON
                                    AT SEATTLE
5
6  MICROSOFT CORPORATION,
7             Plaintiff(s),                         Case No. C06-327P
8      v.
9  AIRON CORPORATION,                               MINUTE ORDER
10            Defendant(s).
11
12
13
14     The following minute order is made by the direction of the court, the Honorable Marsha J.
15  Pechman:
16     At the request of counsel, an extension of time to file the joint status report is granted. The
17  report will be due on **June 22, 2006.**   All other FRCP 26-related dates are adjusted accordingly.
18  Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this
19  action.
20
21     Filed this 15th day of June, 2006.
22
23
                                                    BRUCE RIFKIN, Clerk
24
                                                    By    /s Mary Duett
25                                                  Deputy Clerk
26
27
28